No. 16, original. STATE OF WISCONSIN *v.* STATE OF ILLINOIS AND SANITARY DISTRICT OF CHICAGO. Argued on motion to dismiss, March 10, 1926. Decided March 22, 1926. *Per Curiam.* In view of the difficult questions arising on the record, we delay stating our conclusion until the case is made and all the facts are before us on the pleadings and the evidence. The motion to dismiss the bill is therefore overruled without prejudice to any question and with leave to proceed in due course. *Kansas* v. *Colorado,* 185 U. S. 125, 147. *Mr. James M. Beck* for defendant, the Sanitary District of Chicago, and *Mr. Hugh S. Johnson* for defendant, the State of Illinois, in support of the motion. *Mr. Herman L. Ekern* for complainant, the State of Wisconsin, and *Mr. Newton D. Baker* for the State of Ohio and the Great Lakes Carriers Association, in opposition thereto.

———

No. 267. PATRICK J. O'SHAUGHNESSY ET AL. *v.* UNITED STATES. Error to the District Court of the United States for the Southern District of Alabama. Motion submitted March 22, 1926, granted April 12, 1926, to transfer this case to the Circuit Court of Appeals for the Fifth Circuit. *Messrs. Harry H. Smith, William H. Armbrecht, W. J. Young,* and *Gregory L. Smith* for plaintiffs in error. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. John J. Byrne* for the United States.